1 | **Marquis Aurbach Coffing**
Chad F. Clement, Esq.
2 | Nevada Bar No. 12192
Christian T. Balducci, Esq.
3 | Nevada Bar No. 12688
Jared M. Moser, Esq.
4 | Nevada Bar No. 13003
10001 Park Run Drive
5 | Las Vegas, Nevada 89145
Telephone: (702) 382-0711
6 | Facsimile: (702) 382-5816
cclement@maclaw.com
7 | cbalducci@maclaw.com
jmoser@maclaw.com
8 | *Attorneys for Defendant 3rd*
*Generation, Inc. d/b/a California*
9 | *Auto Finance, erroneously named*
*as "California Auto Finance, LP"*
10

11

12

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEUORGUI GANTCHEV, | Case Number:   2:17-cv-00185-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SET ASIDE DEFAULT AND AMEND COMPLAINT** |
| CALIFORNIA AUTO FINANCE, L.P., DOES I-X and ROE CORPORATIONS I-X, | |
| Defendants. | |

Plaintiff Geuorgui Gantchev ("Plaintiff"), by and through his counsel of record, Eva Garcia-Mendoza, Esq., of the Law Offices of Garcia-Mendoza & Snavely, and Defendant 3rd Generation, Inc. d/b/a California Auto Finance, erroneously named as "California Auto Finance, L.P." ("Defendant"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1.      To set aside the Default [ECF No. 8] entered against Defendant on March 3, 2017.

/ / /

/ / /

MAC:14767-001 Stipulation and Order to Set Aside Default and Amend Complaint 3/22/2017 9:28 AM

2.     That, pursuant to Fed. R. Civ. P. 15(a)(2), Defendant consents, and Plaintiff shall be permitted, to amend his Complaint, within ten (10) days of entry of the Court's Order on this Stipulation, in order to correctly identify the defendant corporation.

Dated this  21st  day of March, 2017

MARQUIS AURBACH COFFING


By: /s/ Jared M. Moser
    Chad F. Clement, Esq.
    Nevada Bar No. 12192
    Christian T. Balducci, Esq.
    Nevada Bar. No. 12688
    Nevada Bar No. 12688
    Jared M. Moser, Esq.
    Nevada Bar No. 13003
    10001 Park Run Drive
    Las Vegas, Nevada  89145
    *Attorneys for Defendant 3rd*
    *Generation, Inc. d/b/a California*
    *Auto Finance, erroneously named*
    *as "California Auto Finance, L.P."*

Dated this  21st  day of March, 2017

LAW OFFICES OF GARCIA-MENDOZA & SNAVELY


By: /s/ Eva Garcia-Mendoza
    Eva Garcia-Mendoza, Esq.
    Nevada Bar No. 1779
    501 S. Seventh Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED this  23rd  day of March, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816