**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
cbalducci@maclaw.com
jmoser@maclaw.com
  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUEORGUI GANTCHEV,<br><br>                          Plaintiff,<br><br>vs.<br><br>3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, L.P., CARLOS NAVOS, DOES I-X and ROE CORPORATIONS I-X,<br><br>                          Defendants. | Case Number:   2:17-cv-00185-RFB-CWH<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule ("LR") 42-1, Defendants 3rd Generation Inc. dba California Auto Finance, L.P., ("CAF") and Carlos Navos ("Navos") (collectively, "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby file this Notice of Related Cases.  The above-captioned case is related to another case proceeding in this Court titled *Gueorgui Gantchev, et al., v. 3rd Generation Inc., et al.*, Case No. 2:17-cv-1692-JAD-PAL.  The cases are related and assignment to a single district judge or magistrate judge is desirable because both actions:  (1) involve virtually the same parties and are based on nearly identical claims; (2) involve the same transactions and events; (3) involve nearly identical questions of fact and law; and (4) assignment to a single district judge or magistrate judge is likely to effect a substantial savings of judicial effort and would

MAC:14767-001 3118874_1 7/14/2017 3:37 PM

entail substantial duplication of labor if the actions were heard by different district judges or magistrate judges.  Pursuant to LR 42-1(b), Defendants filed a Motion to Consolidate in both cases on July 14, 2017.

Dated this 14th day of July, 2017.

MARQUIS AURBACH COFFING

By:   /s/ Chad F. Clement
Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF RELATED CASES with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 14th day of July, 2017.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Law Offices of Garcia-Mendoza & Snavely
Eva Garcia-Mendoza, Esq.
501 S. Seventh Street
Las Vegas, Nevada 89101
evagm@gms4law.com
Alma@gms4law.com

Lizada Law Firm, Ltd.
501 S. Seventh Street
Las Vegas, Nevada 89101
angela@lizadalaw.com
lizadalaw@gmail.com
lynnette@lizadalaw.com
*Attorneys for Plaintiff*

☐  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Barb Frauenfeld
An employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816