**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
cbalducci@maclaw.com
jmoser@maclaw.com
  *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUEORGUI GANTCHEV, | [CONSOLIDATED CASES] |
| Plaintiff, | Case No. 2:17-cv-00185-RFB-CWH |
| vs. | Case No. 2:17-cv-01692-JAD-PAL |
| 3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, CARLOS NAVAS, DOES I-X and ROE CORPORATIONS I-X, | **~~PROPOSED~~ ORDER GRANTING MOTION FOR AN ORDER DIRECTING EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; AND TRANSUNION TO PRODUCE DISPUTE RECORDS** |
| Defendants. | |
| 3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, a California corporation, | |
| Counterclaimant, | |
| vs. | |
| GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; GUEORGUI GANTCHEV, individually, and as Manager for GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; DOES I-X; and ROE CORPORATIONS I-X, | |
| Counterdefendants. | |

Before the Court is Defendant-Counterclaimant 3rd Generation Inc. dba California Auto Finance's ("CAF") and Defendant Carlos Navas' ("Navas," and together with CAF, "Defendants") Motion For An Order Directing Experian Information Solutions, Inc.; Equifax, Inc.; and TransUnion to Produce Dispute Records [ECF No. 49] ("Motion"). No opposition or other response to the Motion having been filed, Plaintiff Gueorgui Gantchev ("Gantchev") having been provided a copy of this Order by Defendants' counsel and having no objection to its form or substance, and for good cause appearing, Defendants' Motion is hereby GRANTED.

The parties previously submitted a Stipulation and Order Directing Experian Information Solutions, Inc.; Equifax, Inc.; and TransUnion to Produce Credit Reports and Dispute Records [ECF No. 42], which was rejected because the credit reporting agencies ("CRAs") are not parties to the present action and did not stipulate to produce the requested documents. Under 15 U.S.C. § 1681b, CRAs may furnish reports under only select, enumerated circumstances, including an order of this Court, and a subpoena alone pursuant to FRCP 45 is not sufficient for such reports to be disclosed. *See* 15 U.S.C. § 1681b(a)(1).

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

Experian Information Solutions, Inc. ("Experian"); Equifax, Inc. ("Equifax"); and TransUnion are ORDERED to produce to counsel for CAF, within fourteen (14) calendar days from the date of service of this Order, the following categories of documents:

1. Any and all documents and/or communications, whether in paper, electronic, or other form reflecting any and all disputes filed, submitted, dispatched, conveyed or otherwise transmitted by Gantchev to the CRAs, and each of them;

2. Documents and/or communications sufficient to identify the date of each dispute made by Gantchev to the CRAs; and

3. Documents and/or communications, whether in paper, electronic, or other form reflecting any notification of disputes by Gantchev, if any, sent to CAF.

/ / /

MAC:14767-001 3563284_1 10/30/2018 9:32 AM

The parties, and each of them, shall cooperate, to the extent necessary, in order to provide counsel for Defendants with additional information that the CRAs may reasonably request in order to produce the requested documents.

**ORDER**

**IT IS SO ORDERED**.

Dated this  1  day of November, 2018.

_____
U.S. MAGISTRATE JUDGE

MAC:14767-001 3563284_1 10/30/2018 9:32 AM