**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
cbalducci@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GUEORGUI GANTCHEV,

Plaintiff,

vs.

3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, CARLOS NAVAS, DOES I-X and ROE CORPORATIONS I-X,

Defendants.

3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, a California corporation,

Counterclaimant,

vs.

GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; GUEORGUI GANTCHEV, individually, and as Manager for GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; DOES I-X; and ROE CORPORATIONS I-X,

Counterdefendants.

[CONSOLIDATED CASES]

Case No. 2:17-cv-00185-RFB-CWH

Case No. 2:17-cv-01692-JAD-PAL

**STIPULATION AND ORDER FOR A 30-DAY EXTENSION OF ALL BRIEFING DEADLINES FOR THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 54, 55]**

**(FIRST REQUEST)**

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Defendant-Counterclaimant 3rd Generation Inc. dba California Auto Finance ("CAF"), and Defendant Carlos Navas ("Navas," and together with CAF, "Defendants") filed their Motion for Summary Judgment on Plaintiff Gueorgui Gantchev's Operative Complaint [ECF No. 31] on December 10, 2018 [ECF No. 54]. Plaintiff Gueorgui Gantchev ("Gantchev") and Counterdefendant George's and George's, LLC d/b/a LV Cars ("LV Cars") filed a Motion for Summary Judgment on December 10, 2018 [ECF No. 55]. The Parties respective responses are currently due on December 31, 2018.

CAF, Navas, Gantchev, and LV Cars (together, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order for a 30-Day Extension of All Briefing Deadlines for the Parties' Motions for Summary Judgment [ECF Nos. 54, 55]. This is the Parties' first request to extend the deadline to file responses to dispositive motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Due to the up-coming holidays, and the travel plans and limited availability of counsel, the Parties, and prospective witnesses, the Parties submit that good cause exists, and have, therefore, agreed, to extend the deadline for their respective responses by 30 days to **January 30, 2019**. Reply deadlines shall be governed by Local Rules.

**IT IS SO STIPULATED.**

Dated this 12th day of December, 2018.

LAW OFFICES OF GARCIA-MENDOZA & SNAVELY

LIZADA LAW FIRM, LTD.

By: */s/ Angela J. Lizada*

Eva Garcia-Mendoza, Esq.
Nevada Bar No. 1779
501 S. Seventh Street
Las Vegas, Nevada 89101

Angela Lizada, Esq.
Nevada Bar No. 11637
501 S. Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff-Counterdefendant Gueorgui Gantchev and Counterdefendant George's and George's, LLC d/b/a LV Cars*

Dated this 12th day of December, 2018.

MARQUIS AURBACH COFFING

/s/ *Jared M. Moser*

Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant-Counterclaimant 3rd Generation Inc. dba California Auto Finance and Defendant Carlos Navas*

**ORDER**

The deadline for the parties to file their respective responses to the Motions for Summary Judgment in this case shall be extended to January 30, 2019. Reply deadlines shall be set thereafter pursuant to Local Rules.

**IT IS SO ORDERED.**

Dated this 12th day if December, 2018.

RICHARD F. BOULWARE, II
United States District Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816