**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
cbalducci@maclaw.com
jmoser@maclaw.com
*Attorneys for 3rd Generation, Inc.*
*dba California Auto Finance and*
*Carlos Navas*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GUEORGUI GANTCHEV and GEORGE'S AND GEORGE'S, LLC dba LV CARS, a Nevada limited liability company,<br><br>       Plaintiff,<br><br>       vs.<br><br>3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, CARLOS NAVAS, DOES I-X and ROE CORPORATIONS I-X,<br><br>       Defendants. | Case No. 2:17-cv-00185-RFB-DJA<br>Case No. 2:17-cv-01692-JAD-PAL<br><br>[CONSOLIDATED CASES]<br><br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME TO FILE JOINT<br>PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |
| 3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, a California corporation,<br><br>       Counterclaimant,<br>       vs.<br><br>GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; GUEORGUI GANTCHEV, individually, and as Manager for GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; DOES I-X; and ROE CORPORATIONS I-X,<br><br>       Counterdefendants. | |

MAC:14767-001 3882262_1.docx 10/24/2019 1:13 PM

Plaintiffs/Counterdefendants Gueorgui Gantchev ("Gantchev") and George's and George's, LLC d/b/a LV Cars ("LV Cars") (together, "Plaintiffs"), by and through their attorneys of record, Angela Lizada, Esq. of Lizada Law Firm, Ltd., and Eva Garcia-Mendoza, Esq., of the Law Offices of Eva Garcia-Mendoza; and Defendant-Counterclaimant 3rd Generation, Inc. d/b/a California Auto Finance ("CAF") and Defendant Carlos Navas ("Navas") (together, the "CAF Parties"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby stipulate and request, that the deadline to file a Joint Pretrial Order be extended one (1) week from the current deadline of October 25, 2019, to November 1, 2019.  ECF No. 66.

WHEREAS, counsel have been in communication among themselves and with their respective clients regarding utility of possible mediation, and, although they determined that mediation is not practical at this time, the discussions delayed preparation of the Joint Pretrial Order,

THEREFORE, the parties respectfully submit that good cause exists and jointly request that this Court extend the deadline to file the Joint Pretrial Order by one (1) week from the current deadline of October 25, 2019, until and including November 1, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

APPROVED AS TO FORM AND CONTENT.

Dated this  24th  day of October, 2019.

**LAW OFFICES OF EVA GARCIA-MENDOZA**

**LIZADA LAW FIRM, LTD.**

By:  /s/ Eva Garcia-Mendoza

Eva Garcia-Mendoza, Esq.
Nevada Bar No. 1779
501 S. Seventh Street
Las Vegas, Nevada 89101

Angela Lizada, Esq.
Nevada Bar No. 11637
501 S. Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff-Counterdefendant*
*Gueorgui Gantchev and Counterdefendant*
*George's and George's, LLC d/b/a LV Cars*

Dated this  24th  day of October, 2019.

**MARQUIS AURBACH COFFING**

By:  /s/ Jared M. Moser
   Chad F. Clement, Esq.
   Nevada Bar No. 12192
   Christian T. Balducci, Esq.
   Nevada Bar No. 12688
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
   cclement@maclaw.com
   cbalducci@maclaw.com
   jmoser@maclaw.com
   *Attorneys for 3rd Generation, Inc.*
   *dba California Auto Finance and*
   *Carlos Navas*

## <u>ORDER</u>

IT IS SO ORDERED this _____ day of October, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th day of  October, 2019.

MAC:14767-001 3882262_1.docx 10/24/2019 1:13 PM