**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
cbalducci@maclaw.com
jmoser@maclaw.com
*Attorneys for 3rd Generation, Inc.*
*dba California Auto Finance and*
*Carlos Navas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GUEORGUI GANTCHEV and GEORGE'S AND GEORGE'S, LLC dba LV CARS, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> 3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, CARLOS NAVAS, DOES I-X and ROE CORPORATIONS I-X, <br><br> Defendants. | Case No. 2:17-cv-00185-RFB-DJA <br> Case No. 2:17-cv-01692-JAD-PAL <br><br> [CONSOLIDATED CASES] <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** <br><br> **(SECOND REQUEST)** |
| 3RD GENERATION INC. dba CALIFORNIA AUTO FINANCE, a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; GUEORGUI GANTCHEV, individually, and as Manager for GEORGE'S AND GEORGE'S, LLC d/b/a LV Cars, a Nevada limited liability company; DOES I-X; and ROE CORPORATIONS I-X, <br><br> Counterdefendants. | |

1   Plaintiffs/Counterdefendants Gueorgui Gantchev ("Gantchev") and George's and George's, LLC d/b/a LV Cars ("LV Cars") (together, "Plaintiffs"), by and through their attorneys of record, Eva Garcia-Mendoza, Esq., of the Law Offices of Eva Garcia-Mendoza; and Defendant-Counterclaimant 3rd Generation, Inc. d/b/a California Auto Finance ("CAF") and Defendant Carlos Navas ("Navas") (together, the "CAF Parties"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby stipulate and request, that the deadline to file a Joint Pretrial Order be extended forty-five (45) days from the current deadline of November 1, 2019, to December 16, 2019.  ECF No. 68.

WHEREAS, counsel have been in communication among themselves and with their respective clients regarding utility of possible mediation, and, although they previously determined that mediation is not practical at this time, the discussions delayed preparation of the Joint Pretrial Order;

WHEREAS, the parties stipulated [ECF No. 67] and the Court entered an Order [ECF No. 68] extending the deadline for submission of the Pretrial Order from October 25, 2019, to and including November 1, 2019; and

WHEREAS, the parties are currently revisiting the notion of settlement and are engaged in earnest settlement discussions in hopes of resolving this matter without need for further litigation and the associated costs of the same;

THEREFORE, the parties respectfully submit that good cause exists and jointly request that this Court extend the deadline to file the Joint Pretrial Order by forty-five (45) days from the current deadline of November 1, 2019, to December 16, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

APPROVED AS TO FORM AND CONTENT.

Dated this 30th day of October, 2019.　　Dated this 30th day of October, 2019.

**LAW OFFICES OF EVA GARCIA-MENDOZA**　　**MARQUIS AURBACH COFFING**

By:   /s/ Eva Garcia-Mendoza　　　　　　By:   /s/ Jared M. Moser
　　　　　　　　　　　　　　　　　　　　Chad F. Clement, Esq.
Eva Garcia-Mendoza, Esq.　　　　　　　　Nevada Bar No. 12192
Nevada Bar No. 1779　　　　　　　　　　Christian T. Balducci, Esq.
10001 Park Run Drive, Ste. 120　　　　　　Nevada Bar No. 12688
Las Vegas, Nevada 89145　　　　　　　　Jared M. Moser, Esq.
　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 13003
*Attorneys for Plaintiff-Counterdefendant*　　10001 Park Run Drive
*Gueorgui Gantchev and Counterdefendant*　　Las Vegas, Nevada 89145
*George's and George's, LLC d/b/a LV Cars*　　Telephone: (702) 382-0711
　　　　　　　　　　　　　　　　　　　　Facsimile: (702) 382-5816
　　　　　　　　　　　　　　　　　　　　cclement@maclaw.com
　　　　　　　　　　　　　　　　　　　　cbalducci@maclaw.com
　　　　　　　　　　　　　　　　　　　　jmoser@maclaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for 3rd Generation, Inc.*
　　　　　　　　　　　　　　　　　　　　*dba California Auto Finance and*
　　　　　　　　　　　　　　　　　　　　*Carlos Navas*

## **ORDER**

IT IS SO ORDERED this 13th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

Page 3 of 3
MAC:14767-001 Stipulation and Order to Extend Time to File Joint PreTrial Order (Secon   .docx 10/30/2019 1:56 PM